Sam FRESTA et al., Appellants, v. UNITED STATES, Appellee.

Circuit Court of Appeals, Eighth Circuit. January 15, 1929.

No. 8478.

A. Canzoneri, of St. Louis, Mo., for appellants.

Arthur A. Hapke, Asst. U. S. Atty., of St. Louis, Mo.

PER CURIAM. Appeal docketed and dismissed, on motion of appellee, under rule 16.

H. E. FRYBERGER, Appellant, v. Charles A. PARKER et al., Appellees.

Circuit Court of Appeals, Eighth Circuit. December 20, 1928.

No. 8233.

Donald E. Bridgman, of Minneapolis, Minn., for appellant.

George R. Smith and Edward J. Callahan, both of Minneapolis, Minn., for appellees.

PER CURIAM. Decree entered September 14, 1928, vacated, and appeal docketed and dismissed, per stipulation of parties.

G. F. COSHLAND & COMPANY, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

Circuit Court of Appeals, Second Circuit. March 18, 1929.

No. 209.

Walter S. Hilborn and David J. Gallert, both of New York City, for petitioner.

C. M. Charest and Shelby S. Faulkner, both of Washington, D. C., for respondent.

Before L. HAND, SWAN, and CHASE, Circuit Judges.

PER CURIAM. Order affirmed.

J. E. GODWIN, Appellant, v. UNITED STATES, Appellee.

Circuit Court of Appeals, Fifth Circuit. April 16, 1929.

Rehearing Denied May 15, 1929.

No. 5539.

R. P. Reese, of Pensacola, Fla., for appellant.

Fred Cubberly, U. S. Atty., and Geo. Earl Hoffman, Asst. U. S. Atty., both of Pensacola, Fla.

Before BRYAN and FOSTER, Circuit Judges, and DAWKINS, District Judge.

PER CURIAM. The judgment is affirmed.

M. M. GUBIN, etc., Appellant, v. FEDERAL UNION INSURANCE CO., Appellee.

Circuit Court of Appeals, Eighth Circuit. January 3, 1929.

No. 8330.

P. H. Cullen and John C. Vogel, both of St. Louis, Mo., for appellant.

Harry C. Willson and Thomas O. Stokes, both of St. Louis, Mo., for appellee.

PER CURIAM. Appeal dismissed with prejudice, at appellant's costs, per stipulation of parties.